# OSBORN LAW P.C.

Daniel A. Osborn, Esq.　　　　　　　　　　　　dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.　　　　　　　　　　　　ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/12/26___

**MEMO ENDORSED**

May 11, 2026

Application GRANTED. The parties are reminded that no "motion for judgment on the pleadings" is required. *See* Supp. Soc. Sec. R. 5 ("The action is presented for decision by the parties' briefs.").

May 12, 2026

**Barbara Moses**
**United States Magistrate Judge**

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　Re:　　*Woods v. Commissioner of Social Security*
　　　　　　　　Civil Action No. 1:26-cv-01271-BCM

Dear Judge Moses,

　　　　We write on behalf of our client, Shykenya Monique Woods, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on May 20, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

　　　　After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **August 18, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **October 20, 2026**; and

- Plaintiff to file her reply, if any, on or before: **November 3, 2026.**

43 West 43rd Street, Suite 131　　　Telephone 212-725-9800　　　osbornlawpc.com
New York, New York 10036　　　　　Facsimile  212-500-5115　　　　info@osbornlawpc.com

Honorable Barbara C. Moses
May 11, 2026
Page Two


        Thank you for your consideration of this request.


                        Respectfully submitted,


                        s/Lindsay M. Trust
                        Lindsay M. Trust
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:    212-725-9800
                        Facsimile:    212-500-5115
                        ltrust@osbornlawpc.com


    cc: Fergus John Kaiser, Esq. (by ECF)