OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/11/26

MEMO ENDORSED

August 10, 2026

Application GRANTED. No further extension of these deadlines will be granted absent compelling circumstances.

The parties are reminded, once again (*see* Dkt. 12), that no "motion for judgment on the pleadings" is required. *See* Supp. Soc. Sec. R. 5 ("The action is presented for decision by the parties' briefs.").

SO ORDERED.

August 11, 2026

**Barbara Moses, U.S.M.J.**

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Woods v. Commissioner of Social Security*
Civil Action No. 1:26-cv-01271-BCM

Dear Judge Moses,

We write on behalf of our client, Shykenya Monique Woods, with the consent of the defense, to request a 21-day extension of time to file her motion for judgment on the pleadings which is currently due on August 17, 2026, per the Court's Order Granting Extension of Time to File. This is the parties' second request for an extension. The reason for this request is that the undersigned requires additional time due to having overlapping deadlines and case conferences in the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **September 8, 2026;**
- Defendant to file its response to plaintiff's motion/cross motion on or before: **November 12, 2026**; and

- Plaintiff to file her reply, if any, on or before: **November 29, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)